UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

ROBERT TRITTIN

       Plaintiff,

                                     Case No.: 18-cv-1471

   v.

MILIS FLATWORK, LLC, *et. al.*

       Defendants.

---

### VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, Robert Trittin, hereby stipulates that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), this matter may be dismissed upon the merits and with prejudice.

Dated: December 19, 2018     By: **s/ *Scott S. Luzi* **
                                              Scott S. Luzi, State Bar No. 1067405
                                              Walcheske & Luzi, LLC
                                              15850 W. Bluemound Road, Suite 304
                                              Brookfield, Wisconsin 53005
                                              Phone: (262) 780-1953
                                              Fax: (262) 565-6469
                                              Email: sluzi@walcheskeluzi.com

                                              *Attorney for Plaintiff*